# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-880
_____

DAVID HENRY,

Appellant,

v.

TONY TAYLOR,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

March 25, 2019

PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven R. Andrews, Ryan J. Andrews, and Brian O. Finnerty of The Law Offices of Steven R. Andrews, P.A., Tallahassee, for Appellant.

William Peter Martin of Dennis, Jackson, Martin & Fontela, P.A., Tallahassee, for Appellee.